## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JESSE J. AREVALOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2016-CV-617-R |
| | ) |
| 1) STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, comes on for consideration the Plaintiff's Motion to Dismiss with Prejudice. Upon consideration of the papers and pleadings on file, this Court hereby concludes the Motion should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that his matter is hereby dismissed with prejudice to refiling same.

SIGNED THIS 12th DAY OF SEPTEMBER, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE